EDNA S. KOIKE, SHOJI SEKIYA, YACHIYO BABA SEKIYA, JANYCE CHIYO MAEKAWA AND HELEN M. BABA *v.* BOARD OF WATER SUPPLY, CITY AND COUNTY OF HONOLULU.

No. 4081.

MARCH 23, 1960.

TSUKIYAMA, C. J., MARUMOTO, CASSIDY, WIRTZ AND LEWIS, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Norman K. Chung,* Corporation Counsel, and *Ben F. Kaito,* Deputy Corporation Counsel, for the petition.